IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELLERS.COM, an Internet domain name,<br><br>Defendant. | Civil Action No. 1:10cv0448 (LO/JFA) |

## ORDER OF PUBLICATION

It is hereby ORDERED that the plaintiff shall publish notice of this action, in the form attached to this Order, once in *The Washington Times* within fourteen (14) days after the entry of this Order. Plaintiff shall file an affidavit with the court no later than twenty-eight (28) days after the entry of this Order describing the steps that have been taken to comply with this Order. To the extent that any person, including the registrant of <travellers.com>, claims any interest in the domain name <travellers.com>, they must file an answer or other response within twenty-one (21) days from the date of publication.

Once such publication has occurred and twenty-one (21) days have passed, the plaintiff shall be deemed to have complied with any notice requirements of 15 U.S.C. § 1125(d)(2)(A)(ii)(I) and (II) that are applicable to this matter.

The Clerk is requested to mail a copy of this Order to Deepak Rajani, Talstrasse 27, 66424 Homburg, Germany.

Entered this 3rd day of September, 2010.

                                                   /s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia